No. 10–8168 (10A664). MATTHEWS v. JONES, DIRECTOR, OKLA-HOMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SOTOMAYOR, and by her referred to the Court, denied. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮

No. 09–1463. MESSINA v. COMMISSIONER OF INTERNAL REVE-NUE, ante, p. 835;

No. 09–10496. MENG v. MECKLENBURG COUNTY DEPARTMENT OF SOCIAL SERVICES, ante, p. 845;

No. 09–10655. DECKER v. DUNBAR ET AL., ante, p. 848;

No. 09–10690. BOOKER v. JOHNSON, DIRECTOR, VIRGINIA DE-PARTMENT OF CORRECTIONS, ante, p. 849;

No. 09–10705. SHAARBAY v. FLORIDA, ante, p. 850;

No. 09–10709. MASON v. CASSADY ET AL., ante, p. 850;

No. 09–10763. EVANS v. ELDRIDGE ET AL., ante, p. 851;

No. 09–10764. DAVIS v. THALER, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-SION, ante, p. 851;

No. 09–10784. GROVER v. THALER, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ante, p. 852;

No. 09–10818. FOX v. UPTON, WARDEN, ET AL., ante, p. 853;

No. 09–10946. SILVERMAN v. HUDSON, WARDEN, ante, p. 856;

No. 09–11037. BROTHERS v. THALER, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ante, p. 860;

No. 09–11044. XIAO QING LIU v. RICHLINE GROUP ET AL., ante, p. 860;

No. 09–11070. GILLARD v. MICHALAKOS ET AL., ante, p. 861;

No. 09–11081. BLAKENEY v. MISSISSIPPI, ante, p. 861;

No. 09–11108. WILLIAMS v. THALER, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ante, p. 862;

No. 09–11248. BENJAMIN v. SHEPHERD ET AL., ante, p. 869;

No. 09–11545. POSTELL v. BANK OF CENTRAL FLORIDA ET AL., ante, p. 887;

No. 09–11559. POSTELL v. BANK OF CENTRAL FLORIDA ET AL., ante, p. 888;

No. 10–280. GHAZIBAYAT v. SBC ADVANCED SOLUTIONS, INC., *ante*, p. 1004;

No. 10–299. YUMIN ZHAO v. LONE STAR ENGINE INSTALLATION CENTER, INC., *ante*, p. 1004;

No. 10–338. TRICOME v. EBAY INC., *ante*, p. 1005;

No. 10–381. VANCE v. ILLINOIS, *ante*, p. 1005;

No. 10–393. BAIRD v. BURLINGTON NORTHERN & SANTA FE RAILWAY CO. ET AL., *ante*, p. 1030;

No. 10–5028. WALSH v. QUINN ET AL., *ante*, p. 899;

No. 10–5161. MERRITT v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 907;

No. 10–5184. ROBERTS v. MCCULLOCH, *ante*, p. 908;

No. 10–5275. JOHN R. G. v. CATHOLIC CHARITIES OF SOUTHERN NEVADA, *ante*, p. 912;

No. 10–5304. COX v. FLORIDA, *ante*, p. 914;

No. 10–5380. BLOOD v. UNITED STATES, *ante*, p. 918;

No. 10–5474. CORBIN v. WHEELER, WARDEN, *ante*, p. 924;

No. 10–5485. MEREDITH v. FLORIDA, *ante*, p. 924;

No. 10–5501. MCNEIL v. DIGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, *ante*, p. 925;

No. 10–5514. DILLEHAY, AKA SMITH v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, *ante*, p. 926;

No. 10–5518. KANGERE v. DAVENPORT, *ante*, p. 926;

No. 10–5519. KRIZ v. 12TH JUDICIAL DISTRICT BOARD OF MENTAL HEALTH OF BOX BUTTE COUNTY ET AL., *ante*, p. 926;

No. 10–5568. SALTER v. UNITED STATES, *ante*, p. 929;

No. 10–5589. OWENS v. MARSHALL, WARDEN, *ante*, p. 930;

No. 10–5597. BENJAMIN v. REID ET AL., *ante*, p. 930;

No. 10–5630. ROGERS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 932;

No. 10–5668. STAFFORD v. AMMONS ET AL., *ante*, p. 965;

No. 10–5681. REID v. SWIFT TRANSPORTATION CO., INC., *ante*, p. 934;

No. 10–5701. KARAWI v. UNITED STATES, *ante*, p. 935;

No. 10–5729. NAKAGAWA v. COLORADO, *ante*, p. 936;

No. 10–5814. HUNG HA v. RICHMAN ET AL., *ante*, p. 967;

No. 10–5823. HUBBARD v. DETROIT PUBLIC SCHOOLS, *ante*, p. 968;

No. 10–5824. TAYLOR v. YATES, WARDEN, *ante*, p. 968;

No. 10–5890. Moore *v.* Tennis, Superintendent, State Correctional Institution at Rockview, et al., *ante*, p. 940;

No. 10–5899. McCray *v.* Wal-Mart Stores, Inc., et al., *ante*, p. 969;

No. 10–5949. Spisak *v.* Nevada, *ante*, p. 984;

No. 10–5960. Campanile *v.* Nicolella, Executor of the Estate of Renzi, Deceased, *ante*, p. 984;

No. 10–5963. Bustos Anaya *v.* Sisto, Warden, *ante*, p. 969;

No. 10–5972. Blackmer *v.* Sweat et al., *ante*, p. 984;

No. 10–5977. Stapley *v.* Mississippi Bar et al., *ante*, p. 985;

No. 10–6012. Harris *v.* Progressive Northern Insurance Co. et al., *ante*, p. 1007;

No. 10–6019. Martin *v.* Johnson, Director, Virginia Department of Corrections, *ante*, p. 1007;

No. 10–6055. Arnaiz *v.* United States, *ante*, p. 944;

No. 10–6057. Miller *v.* Kolender et al., *ante*, p. 1008;

No. 10–6101. In re Sancho, *ante*, p. 1001;

No. 10–6120. Winnett *v.* Saline County Jail et al., *ante*, p. 986;

No. 10–6122. Stout *v.* Hobbs, Warden, *ante*, p. 1009;

No. 10–6168. Stinski *v.* Georgia, *ante*, p. 1011;

No. 10–6198. Leiser *v.* Thurmer, Warden, *ante*, p. 971;

No. 10–6276. McClellan *v.* Hobbs, Director, Arkansas Department of Correction, *ante*, p. 987;

No. 10–6293. McCaslin *v.* Birmingham Museum of Art et al., *ante*, p. 1031;

No. 10–6310. Webb *v.* Kern, Judge, Circuit Court of South Dakota, Pennington County, et al., *ante*, p. 1032;

No. 10–6359. Wynter *v.* New York, *ante*, p. 1032;

No. 10–6369. In re Sanders, *ante*, p. 1043;

No. 10–6393. Jones *v.* City of North Platte, Nebraska, et al., *ante*, p. 1047;

No. 10–6419. Blade *v.* United States, *ante*, p. 988;

No. 10–6452. Metcalf *v.* United States, *ante*, p. 989;

No. 10–6461. Rainey *v.* United States, *ante*, p. 989;

No. 10–6466. Holmes *v.* United States, *ante*, p. 989;

No. 10–6478. Taylor *v.* New Jersey et al., *ante*, p. 1048;

No. 10–6483. Garvins *v.* Burnett et al., *ante*, p. 1048;

No. 10–6501. In re Dominguez, *ante*, p. 1043;

No. 10–6516. Kendricks *v.* Barrow, Warden, *ante*, p. 1015;

No. 10–6520. BRIM, AKA HORNE v. ZAVARES, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 1015;

No. 10–6641. MARTINEZ v. UNITED STATES, *ante,* p. 1017;

No. 10–6711. TORRES v. UNITED STATES, *ante,* p. 1018; and

No. 10–6860. BIRTHA v. UNITED STATES, *ante,* p. 1035. Petitions for rehearing denied.

No. 09–9905. MATTHEWS v. UNITED STATES, 559 U. S. 1113. Motion for leave to file petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 10–6449. WARE v. UNITED STATES, *ante,* p. 995; and

No. 10–6936. XIANG LI v. UNITED STATES, *ante,* p. 1054. Petitions for rehearing denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of these petitions.

No. 10–6950. IN RE GORBEY, *ante,* p. 1028. Petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 10–5330. GARRAWAY v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, *ante,* p. 954. Motion for leave to file petition for rehearing denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this motion.

JANUARY 11, 2011

No. 10A688 (10–8317). FOSTER v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon the issuance of the mandate of this Court. JUSTICE SCALIA and JUSTICE ALITO would deny the application for stay of execution.

JANUARY 13, 2011

No. 10–8367 (10A698). WHITE v. CULLIVER, WARDEN, ET AL. C. A. 11th Cir. Application for stay of execution of sentence of